

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JUL 2 4 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:07-CR-222-L |
| § | |
| DAYTON LEE CALAWAY (01) § | |
| MICHAEL PHILIP PLAISTED, JR. (02) § | |
| JERED MICHAEL RAGON (03) § | |

INDICTMENT

The Grand Jury Charges:

Count One
Possession of an Unregistered Firearm (Destructive Device)
(Violation of 26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A),(B) & (D),
5861(d) and 5871; 18 U.S.C. § 2)

On or about July 4, 2007, in the Dallas Division of the Northern District of Texas, defendants, **Dayton Lee Calaway, Michael Philip Plaisted, Jr., and Jered Michael Ragon**, aiding and abetting one another, did knowingly possess a firearm, to wit: a destructive device commonly known as a "Molotov cocktail," being an incendiary bomb, grenade, or similar device, that consisted of a liquor-type glass bottle containing a liquid and granular mixture of gasoline and chlorine with a wick made of cloth material protruding out of the bottle mouth from this mixture, which was not registered to any of the defendants in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A),(B) & (D), 5861(d) and 5871; 18 U.S.C. § 2.

Indictment - Page 1

A TRUE BILL.

**REDACTED**

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.0978

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.   3:07-CR-222-L

**DAYTON LEE CALAWAY (01)**
**MICHAEL PHILIP PLAISTED, JR. (02)**
**JERED MICHAEL RAGON (03)**

INDICTMENT

26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A) & (D), 5861(d) and 5871; 18 U.S.C. § 2
Possession of an Unregistered Firearm (Destructive Device)

1 Count

A true bill rendered

REDACTED

DALLAS                                      FOREPERSON

Filed in open court this __24__ day of July, A.D., 2007.

_____ Clerk

**WARRANTS TO ISSUE AS TO DEFENDANTS DAYTON LEE CALAWAY, MICHAEL PHILIP PLAISTED, JR., and JERED MICHAEL RAGON**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes    ☐ No

   Defendant Name: **DAYTON LEE CALAWAY**    3:07-CR-222-L

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas, Texas

   *RECEIVED JUL 24 2[007] — CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

2. **U.S. Attorney Information**

   **AUSA GARY C. TROMBLAY**      Bar # LA Bar Roll No. 22665

3. **Interpreter**

   ☐ Yes    ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A) & (D), 5861(d) and 5871; 18 U.S.C. § 2 | Possession of an Unregistered Firearm (Destructive Device) | 1 |

Date July 13, 2007      Signature of AUSA: _____ GARY C. TROMBLAY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____
Search Warrant Case Number _____
R 20 from District of _____
Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes   ☐ No

   Defendant Name: **MICHAEL PHILIP PLAISTED, JR.**   3:07-CR-222-L
   Alias Name: _____
   Address: _____

   County in which offense was committed: Dallas, Texas

   RECEIVED JUL 24 2
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA GARY C. TROMBLAY**    Bar # LA Bar Roll No. 22665

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date -
   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A) & (D), 5861(d) and 5871; 18 U.S.C. § 2 | Possession of an Unregistered Firearm (Destructive Device) | 1 |

Date July 13, 2007    Signature of AUSA: /s/ Gary C. Tromblay
                      GARY C. TROMBLAY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information | | | | |
|---|---|---|---|---|
| Superseding Indictment: ☐ Yes ☒ No | | New Defendant: ☒ Yes ☐ No | | |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ | | | | |
| Search Warrant Case Number _____ | | | | |
| R 20 from District of _____ | | | | |
| Magistrate Case Number: | | | | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes  ☐ No

   Defendant Name _____ **JERED MICHAEL RAGON**   3:07-CR-222-L

   Alias Name _____

   Address _____

   County in which offense was committed: _____ Dallas, Texas

   RECEIVED JUL 24 2 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA GARY C. TROMBLAY**    Bar # **LA Bar Roll No. 22665**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 26 U.S.C. §§ 5845(a)(8), 5845(f)(1)(A) & (D), 5861(d) and 5871; 18 U.S.C. § 2 | Possession of an Unregistered Firearm (Destructive Device) | 1 |

Date **July 13, 2007**    Signature of AUSA: _____ GARY C. TROMBLAY