IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 3:07-CR-222-L |
| | § | REFERRED TO THE U. S. |
| DAYTON LEE CALAWAY (1) | § | MAGISTRATE JUDGE |
| MICHAEL PHILIP PLAISTED, JR. (2) | § | |
| JERED MICHAEL RAGON (3) | § | |

## ORDER AMENDING CONDITIONS OF RELEASE

Defendant Michael Plaisted's Second Motion to Amend Conditions of Release having been considered by the Court, is hereby ORDERED that the Conditions of Release of the defendant, MICHAEL PHILIP PLAISTED (2), are amended and the period of curfew during which he is to be at his home is from 10:00 p.m. each evening until 5:00 a.m. Monday through Friday. The period of curfew on Saturday and Sunday remains from 10:00 p.m. to 6:00 a.m.

SIGNED this 10th day of December, 2007.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

ORDER AMENDING CONDITIONS OF RELEASE - PAGE SOLO